1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  Linda Harter, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   Brett Yorke
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
Hector Tejeda

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:11-MJ-00348-GGH |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO VACATE |
|  | ) COURT TRIAL AND RESET AS CHANGE |
|  | ) OF PLEA HEARING |
| Hector M. Tejeda, | ) |
| Defendant. | ) Date: January 18, 2012 |
|  | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Gregory G. Hollows |

The United States of America, through Justin Lee, Special Assistant United States Attorney, together with defendant, Hector Tejeda, by counsel Linda Harter, Chief Assistant Federal Defender, stipulate to vacate the court trial set for January 18, 2012 at 9:00 am and reset for a change of plea hearing on January 18, 2012 at 9:00 am. The parties have reached a plea agreement regarding the defendant's case for presentation to the court.

Dated: January 17, 2012
                                             Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Linda Harter
LINDA HARTER
Assistant Federal Defender
Attorney for Defendant
Hector Tejeda


Dated: January 17, 2012        BENJAMIN B. WAGNER
United States Attorney


/s/ Justin Lee
JUSTIN LEE
Special Assistant U.S. Attorney


ORDER

IT IS SO ORDERED.


Dated: January 17, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER  -2-